John Metsker, Esq.
CA SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUELA D. PECCORINI,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 5:26-cv-05828-SVK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |

The parties stipulate through counsel that Plaintiff shall have a 24-day extension of time to file her opening brief in this case. In support of this request, counsel for Plaintiff respectfully states as follows:

1. Plaintiff's opening brief is currently due October 5, 2026.

2. Due to recent illness, Plaintiff's counsel is unable to meet the deadlines imposed by the Court's current briefing schedule.

3. Given the existing workload of Plaintiff's counsel, the earliest date that

Plaintiff's opening brief can be drafted and submitted is October 29, 2026.

4. Defendant does not oppose this request.

5. This request is made and good faith, and is not intended to unduly delay these proceedings.

WHEREFORE, Plaintiff requests an extension of time up to and including October 29, 2026, to file her opening brief in this case.

Respectfully submitted,

DATE: October 5, 2026 By: */s/John David Metsker*
JOHN DAVID METSKER
Attorney for Plaintiff

DATE: October 5, 2026 By: */s/ Erin Highland*
ERIN HIGHLAND
Special Assistant United States Attorney
(via email authorization)
Attorney for Defendant

SIGNATURE ATTESTATION

I hereby attest that I have obtained authorization from all signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (/s/) within this e-filed document.

DATE: October 5, 2026 By: */s/John David Metsker*
JOHN DAVID METSKER
Attorney for Plaintiff

~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation, it is so ordered.

DATE: October 6, 2026

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE